NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLARENCE EDWARD WILLIAMS,    )
                             )
          Appellant,         )
                             )
v.                           )          Case No. 2D19-1093
                             )
STATE OF FORIDA,             )
                             )
          Appellee.          )
_____)

Opinion filed September 16, 2020.

Appeal from the Circuit Court for Lee
County; Margaret O. Steinbeck, Judge.

Howard L. Dimmig, II, Public Defender, and
Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison C. Heim, Assistant
Attorney General, Tampa, for Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, SILBERMAN, and LUCAS, JJ., Concur.